JOHN EPPS, PETITIONER-PETITIONER, v. RICHARD GOLD, *ET AL.*, RESPONDENTS-RESPONDENTS.

Argued May 10, 1960—Decided May 23, 1960.

*Mr. James J. Sheeran* argued the cause for the appellant.

*Mr. Nathan Cholodenko* argued the cause for the respondent.

PER CURIAM. The judgment of the Appellate Division is affirmed essentially for the reasons given in the opinion of Judge Freund.

*For affirmance*—Chief Justice WEINTRAUB, and Justices BURLING, JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—7.

*For reversal*—None.